**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **NO. SA-24-CR-388-OLG-1** |
| | § | |
| **(1) MY'LIK KERLEY** | § | |

**ORDER**

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (the "Report") (Dkt. No. 168), filed July 10, 2026, concerning Defendant My'Lik Kerley's Motion to Dismiss (Dkt. No. 152). No party filed objections to the Report.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); *see also* FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having reviewed the Report, the Court finds that it is in all things correct. Accordingly, the Court **ACCEPTS** the Report (Dkt. No. 168) and, for the reasons set forth therein, the Motion to Dismiss (Dkt. No. 152) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** on August 27, 2026.

ORLANDO L. GARCIA
United States District Judge